Filed March 7, 1893.

---

No. 16,506.

HARBIN v. THE STATE.

From the Daviess Circuit Court.

*F. M. Clarke, C. S. Dobbins* and *A. J. Padgett,* for appellant.

McCABE, J.—This case is the same in every substantial respect as the case of *Ledgerwood* v. *State,* 134 Ind. ——, except the name of the appellant, and for the reasons given there, and on the authority of that case, the judgment in this case is affirmed.

Filed February 25, 1893.